# EXHIBIT 2

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: KARA HENNIGAN
9813 CHESSMANS CT.
FREDERICKSBURG VA 22407

Case No. 013CL25004348-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, September 29, 2025

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA

ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Proof of Service

Virginia:
In the ARLINGTON CIRCUIT COURT

Case number: 013CL25004348-00
Service number: 001
Service filed: September 29, 2025
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: GEORGE MAROUNTAS vs BAE SYSTEMS SHARED SERVICES
Service on: BAE SYSTEMS SHARED SERVICES IN
RA: UNITED AGENT GROUP INC
425 WEST WASHINGTON STREET
SUITE 4
SUFFOLK VA 23434

Attorney:

Instructions:

Returns shall be made hereon, showing service of Summons issued Monday, September 29, 2025 with a copy of the Complaint filed Monday, September 29, 2025 attached.

Hearing date :
Service issued: Monday, September 29, 2025

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: BAE SYSTEMS SHARED SERVICES IN
RA: UNITED AGENT GROUP INC
425 WEST WASHINGTON STREET
SUITE 4
SUFFOLK VA 23434

Case No. 013CL25004348-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, September 29, 2025

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: