# EXHIBIT 3

| | |
|---|---|
| **From:** | Ben Considine |
| **To:** | Christine Burke |
| **Cc:** | R. Scott Oswald; Adam Augustine Carter; Michael Voor |
| **Subject:** | RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348 |
| **Date:** | Thursday, November 6, 2025 9:45:15 AM |
| **Attachments:** | image001.png<br>image002.png<br>2025_11_04__marountas_v._bae_systems.pdf |

Christine,

Thank you for agreeing to accept service on behalf of BAE. Please see attached complaint and summons documentation as provided by the court clerk.

In light of the date of delivery of this document, the response deadline would be November 27, 2025, rather than 11/21 as indicated below. Please copy TELG Law Clerk Michael Voor on all future correspondence related to this matter in place of Chris Johnston, whom you can remove from all future correspondence.

Many thanks,

Ben Considine

**From:** Christine Burke <cburke@islerdare.com>
**Sent:** Thursday, October 30, 2025 4:32 PM
**To:** Ben Considine <bconsidine@employmentlawgroup.com>
**Cc:** R. Scott Oswald <SOswald@employmentlawgroup.com>; Chris Johnston <cjohnston@employmentlawgroup.com>; Adam Augustine Carter <ACarter@employmentlawgroup.com>
**Subject:** RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

Ben,

Thank you for your email.

[redacted]

[redacted]

[redacted]

Regarding BAE, I will accept service of the complaint as to BAE via email. I would ask that you please send it to me tomorrow, and I will accept service as of October 31, making the response due November 21.

[redacted]

Thank you,
Christine


**Christine M. Burke**



1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690 / (703) 748 2695 fax
cburke@islerdare.com
www.islerdare.com

