# EXHIBIT 4

**VIRGINIA:**
## IN THE CIRCUIT COURT OF ARLINGTON COUNTY

| | |
|---|---|
| **GEORGE MAROUNTAS,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **BAE SYSTEMS SHARED SERVICES, INC.,** *et al.* | ) Civil Action No. CL25004348-00 |
| and | ) |
| **KARA HENNIGAN,** | ) |
| **Defendants.** | ) |

TO THE CLERK AND THE HONORABLE JUDGES OF THE CIRCUIT COURT OF ARLINGTON COUNTY, COMMONWEALTH OF VIRGINIA:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant BAE Systems Shared Services, Inc. has removed this action to the United States District Court for the Eastern District of Virginia, Alexandria Division, upon the filing of the Defendant's Notice of Removal, a copy of which is attached hereto as Exhibit 1.

Dated: November 14, 2025

Respectfully submitted,

/s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

*Counsel for Defendants BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November 2025, I caused a true and correct copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com

>        /s/ Christine M. Burke
>Christine M. Burke, Va. Bar No. 65741
>IslerDare, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>cburke@islerdare.com