# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS** )<br>)<br>　　**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**BAE SYSTEMS SHARED** )<br>**SERVICES, INC.** *et al.* )<br>)<br>　　**Defendants.** )<br>_____) | Case No. _____ |

**NOTICE OF CONSENT TO REMOVAL**

Defendant Kara Hennigan, by counsel, hereby notifies the Court that she consents to the removal by defendant BAE Systems Shared Services, Inc. ("BAE") of the action filed against her and BAE by Plaintiff George Marountas in the Circuit Court of Arlington County, Virginia (Case No. CL25004348-00) to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated: November 14, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Christine M. Burke
　　　　　　　　　　　　　　　　Christine M. Burke, Va. Bar No. 65741
　　　　　　　　　　　　　　　　Edward Lee Isler, Va. Bar No. 27985
　　　　　　　　　　　　　　　　Micah E. Ticatch, Va. Bar No. 83351
　　　　　　　　　　　　　　　　ISLER DARE, P.C.
　　　　　　　　　　　　　　　　1945 Old Gallows Road, Suite 650
　　　　　　　　　　　　　　　　Vienna, Virginia 22182
　　　　　　　　　　　　　　　　(703) 748-2690
　　　　　　　　　　　　　　　　(703) 748-2695 (fax)
　　　　　　　　　　　　　　　　cburke@islerdare.com
　　　　　　　　　　　　　　　　eisler@islerdare.com
　　　　　　　　　　　　　　　　mticatch@islerdare.com

　　　　　　　　　　　　　　　　*Counsel for Defendant Kara Hennigan*