IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BAE SYSTEMS SHARED** | ) |
| **SERVICES, INC.** *et al.* | )   Case No. 1:25-cv-002048 |
| | ) |
|     **Defendants.** | ) |
| | ) |

**NOTICE TO PARTIES OF REMOVAL OF ACTION TO THE**
**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

TO:          George Marountas
               c/o Adam Augustine Carter
               The Employment Law Group, P.C.
               1717 K Street NW, Suite 1110
               Washington, DC 20006

               Kara Hennigan
               c/o Christine M. Burke
               IslerDare, P.C
               1945 Old Gallows Road, Suite 650
               Vienna, VA  22182

     **PLEASE TAKE NOTICE** that on November 14, 2025, a Notice of Removal of the above entitled action from the Circuit Court of Arlington County, Virginia to the United States District Court for the Eastern District of Virginia, a copy of which Notice of Removal is served herewith, was filed in the United States District Court for the Eastern District of Virginia, Alexandria Division.

Dated: November 14, 2025	Respectfully submitted,

      /s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendants BAE Systems Shared Services, Inc. and Kara Hennigan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and U.S. mail to the following counsel of record:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com

>          /s/ Christine M. Burke
>Christine M. Burke, Va. Bar No. 65741
>IslerDare, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>cburke@islerdare.com