# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **BAE SYSTEMS SHARED SERVICES, INC.** *et al.* | ) Case No. 1:25-cv-002048 |
| | ) |
| Defendants. | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant BAE Systems Shared Services, Inc. certifies the following:

- BAE Systems Shared Services, Inc., a Delaware corporation, is 100% owned by BAE Systems, Inc., a Delaware corporation.

- BAE Systems Inc. is 100% owned by BAE Systems Holdings, Inc., a Delaware corporation.

- BAE Systems Holdings, Inc. is 100% owned by BAE Systems (Holdings) Limited, a UK company.

- BAE Systems (Holdings) Limited is 100% owned by BAE Systems plc, a UK company.

- BAE Systems plc is publicly traded on the London Stock Exchange.

Dated: November 14, 2025

Respectfully submitted,

/s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail and email to the following counsel for Plaintiff:

Adam Augustine Carter
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, DC  20006
Tel: 202-856-7802
Fax: 202-261-2835
acarter@employmentlawgroup.com

       /s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com