**VIRGINIA:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| GEORGE MAROUNTAS | ) |
| Plaintiff, | ) |
| v. | ) |
| BAE SYSTEMS SHARED SERVICES, INC. | ) Civil Action No. 1:25-cv-002048 |
| and | ) |
| KARA HENNIGAN | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christine M. Burke of the law firm of IslerDare, P.C., who is a member in good standing of the Virginia Bar, hereby enters her appearance in the above-titled action on behalf of Defendant Kara Hennigan.

Dated: November 17, 2025

Respectfully submitted,

   /s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent an email notification to the following:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com
>
>*Counsel for Plaintiff*
>*George Marountas*

>       */s/ Christine M. Burke*
> Christine M. Burke, Va. Bar No. 65741
> ISLERDARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, VA 22182
> Phone: (703) 748-2690
> Fax: (703) 748-2695
> cburke@islerdare.com