**VIRGINIA:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BAE SYSTEMS SHARED SERVICES, INC.** | )   **Civil Action No. 1:25-cv-002048** |
| | ) |
| **and** | ) |
| | ) |
| **KARA HENNIGAN** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., who is a member in good standing of the Virginia Bar, hereby enters his appearance in the above-titled action on behalf of Defendants BAE Systems Shared Services, Inc. and Kara Hennigan.

Dated: November 17, 2025

Respectfully submitted,

*/s/ Micah E. Ticatch*
Micah E. Ticatch, Va. Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent an email notification to the following:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com
>
>*Counsel for Plaintiff*
>*George Marountas*

        */s/ Micah E. Ticatch*
        Micah Ticatch, Va. Bar No. 83351
        IslerDare, P.C.
        1945 Old Gallows Road, Suite 650
        Vienna, VA 22182
        Phone: (703) 748-2690
        Fax: (703) 748-2695
        mticatch@islerdare.com