**VIRGINIA:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| GEORGE MAROUNTAS | ) |
| Plaintiff, | ) |
| v. | ) |
| BAE SYSTEMS SHARED SERVICES, INC. | ) Civil Action No. 1:25-cv-002048-RDA-WBP |
| and | ) |
| KARA HENNIGAN | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of IslerDare, P.C., who is a member in good standing of the Virginia Bar, hereby enters his appearance in the above-titled action on behalf of Defendants BAE Systems Shared Services, Inc. and Kara Hennigan.

Dated: November 18, 2025              Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com

*Counsel for Defendants BAE Systems
Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an email notification to the following:

Adam Augustine Carter
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, DC  20006
Tel: 202-856-7802
Fax: 202-261-2835
acarter@employmentlawgroup.com

*Counsel for Plaintiff*
*George Marountas*

 /s/ Edward Lee Isler
Edward Lee Isler, Va. Bar No. 27985
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
eisler@islerdare.com