IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    Case No. 1:25-cv-02048-RDA-WBP<br>) |
| **BAE SYSTEMS SHARED SERVICES, INC.,** *et al.* | )<br>)<br>) |
| **Defendants.** | )<br>) |

**DEFENDANT BAE SYSTEMS SHARED SERVICES, INC.'S**
<u>**PARTIAL MOTION TO DISMISS**</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant BAE Systems Shared Services, Inc., by counsel, hereby moves to dismiss with prejudice the discrimination claim asserted against it in Count I of Plaintiff George Marountas's Complaint. As discussed further in the concurrently filed Memorandum in Support of Defendant's Partial Motion to Dismiss, this count, which arises under the Virginia Human Rights Act, fails to state a plausible claim upon which relief may be granted.[1] A proposed Order is attached.

Dated: November 21, 2025        Respectfully submitted,

                                                 /s/ Christine M. Burke
                                    Christine M. Burke, Va. Bar No. 65741
                                    Eddie Lee Isler, Va. Bar No. 27985
                                    Micah E. Ticatch, Va. Bar No. 83351
                                    ISLER DARE, P.C.

---

[1]     Defendant does not move to dismiss Count II of the Complaint and will file an answer following the Court's resolution of this Partial Motion to Dismiss. *See Bryce v. SP Plus Corp.*, 741 F. Supp. 3d 385, 390 (E.D. Va. 2024).

        1945 Old Gallows Road, Suite 650
        Vienna, Virginia 22182
        (703) 748-2690
        (703) 748-2695 (fax)
        cburke@islerdare.com
        eisler@islerdare.com
        mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

      Adam Augustine Carter
      The Employment Law Group, P.C.
      1717 K Street NW, Suite 1110
      Washington, DC  20006
      Tel: 202-856-7802
      Fax: 202-261-2835
      acarter@employmentlawgroup.com


        /s/ Christine M. Burke
      Christine M. Burke, Va. Bar No. 65741
      IslerDare, P.C.
      1945 Old Gallows Road, Suite 650
      Vienna, VA 22182
      Phone: (703) 748-2690
      Fax: (703) 748-2695
      cburke@islerdare.com