IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**BAE SYSTEMS SHARED** )<br>**SERVICES, INC.,** *et al.* )<br>)<br>   **Defendants.** )<br>_____) | Case No. 1:25-cv-02048-RDA-WBP |

**PROPOSED ORDER**

Upon consideration of Defendant BAE Systems Shared Services, Inc.'s Partial Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that Count I of the Complaint as asserted against Defendant BAE Systems Shared Services, Inc. is dismissed with prejudice.

Dated: This ____ day of _____, 2025

_____
Hon. Rossie D. Alston, Jr.
United States District Court for the Eastern
District of Virginia