**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:25-cv-02048-RDA-WBP |
| ) | |
| **BAE SYSTEMS SHARED** ) | |
| **SERVICES, INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF HEARING**

Please take notice that on Friday, December 19, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant BAE Systems Shared Services, Inc., through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on its Partial Motion to Dismiss.

Dated: November 21, 2025                              Respectfully submitted,

                                                                          /s/ Christine M. Burke
                                                                   Christine M. Burke, Va. Bar No. 65741
                                                                   Eddie Lee Isler, Va. Bar No. 27985
                                                                   Micah E. Ticatch, Va. Bar No. 83351
                                                                   Isler Dare, P.C.
                                                                   1945 Old Gallows Road, Suite 650
                                                                   Vienna, Virginia 22182
                                                                   (703) 748-2690
                                                                   (703) 748-2695 (fax)
                                                                   cburke@islerdare.com
                                                                   eisler@islerdare.com
                                                                   mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

      Adam Augustine Carter
      The Employment Law Group, P.C.
      1717 K Street NW, Suite 1110
      Washington, DC  20006
      Tel: 202-856-7802
      Fax: 202-261-2835
      acarter@employmentlawgroup.com

          /s/ Christine M. Burke
      Christine M. Burke, Va. Bar No. 65741
      IslerDare, P.C.
      1945 Old Gallows Road, Suite 650
      Vienna, VA 22182
      Phone: (703) 748-2690
      Fax: (703) 748-2695
      cburke@islerdare.com