IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **GEORGE MAROUNTAS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02048-RDA-WBP |
| | ) | |
| **BAE SYSTEMS SHARED SERVICES, INC.,** *et al.* | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

Upon consideration of Defendant Kara Hennigan's Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that all three counts of the Complaint asserted against Defendant Hennigan shall be dismissed with prejudice, and Ms. Hennigan shall be dismissed as a defendant from this lawsuit.

Dated: This _____ day of _____, 2025

_____
Hon. Ronnie D. Alston, Jr.
United States District Court for the Eastern District of Virginia