IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02048-RDA-WBP |
| | ) |
| **BAE SYSTEMS SHARED** | ) |
| **SERVICES, INC.,** *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF HEARING

Please take notice that on Friday, December 19, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Kara Hennigan, through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on her Motion to Dismiss.

Dated: November 21, 2025    Respectfully submitted,

       /s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
Eddie Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 21st day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

        Adam Augustine Carter
        The Employment Law Group, P.C.
        1717 K Street NW, Suite 1110
        Washington, DC  20006
        Tel: 202-856-7802
        Fax: 202-261-2835
        acarter@employmentlawgroup.com


           /s/ Christine M. Burke
        Christine M. Burke, Va. Bar No. 65741
        ISLERDARE, P.C.
        1945 Old Gallows Road, Suite 650
        Vienna, VA 22182
        Phone: (703) 748-2690
        Fax: (703) 748-2695
        cburke@islerdare.com