IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEBORGE MAROUNTAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-02048-RDA-WBP |
| ) | |
| BAE SYSTEMS SHARED ) | |
| SERVICES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, which require all parties in diversity cases to name and identify the citizenship of every individual or entity whose citizenship is attributable to that party, Defendants state as follows:

- Defendant BAE Systems Shared Services, Inc. ("BAE") is a citizen of Delaware (the state where it is incorporated) and North Carolina (the state where its principal place of business is located).

- Defendant Kara Hennigan is a citizen of Virginia. However, pursuant to the Notice of Removal and Memorandum in Support of the Court's Diversity Jurisdiction (*see* Dkt. Nos. 1, 2), Ms. Hennigan's citizenship should be disregarded for purposes of determining the Court's jurisdiction under the doctrine of fraudulent joinder. Because Defendants have shown that there is no possibility that Plaintiff's claims against Ms. Hennigan can succeed, she should be dismissed as a defendant from the action,

allowing the Court to retain jurisdiction over the dispute between Plaintiff and BAE, which are diverse parties.

Dated: November 21, 2025  Respectfully submitted,

/s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
Eddie Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc. and Kara Hennigan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com

>     /s/ Christine M. Burke
>Christine M. Burke, Va. Bar No. 65741
>ISLERDARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>cburke@islerdare.com