IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02048-RDA-WBP |
| | ) |
| **BAE SYSTEMS SHARED** | ) |
| **SERVICES, INC.,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### AMENDED NOTICE OF HEARING

Please take notice that on Wednesday, December 17, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant BAE Systems Shared Services, Inc., through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on its Partial Motion to Dismiss.

Dated: November 21, 2025          Respectfully submitted,

                                              /s/ Christine M. Burke
                                Christine M. Burke, Va. Bar No. 65741
                                Eddie Lee Isler, Va. Bar No. 27985
                                Micah E. Ticatch, Va. Bar No. 83351
                                ISLER DARE, P.C.
                                1945 Old Gallows Road, Suite 650
                                Vienna, Virginia 22182
                                (703) 748-2690
                                (703) 748-2695 (fax)
                                cburke@islerdare.com
                                eisler@islerdare.com
                                mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc.*
*and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November 2025, I caused a true and accurate copy of the foregoing to be sent via electronic mail and the File and Serve mechanism of the court to the following counsel of record:

>Adam Augustine Carter
>The Employment Law Group, P.C.
>1717 K Street NW, Suite 1110
>Washington, DC  20006
>Tel: 202-856-7802
>Fax: 202-261-2835
>acarter@employmentlawgroup.com

>          /s/ Christine M. Burke
>Christine M. Burke, Va. Bar No. 65741
>ISLERDARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>cburke@islerdare.com