IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 1:25-cv-02048-RDA-WBP |
| **BAE SYSTEMS SHARED SERVICES, INC.** *et al.* | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

Plaintiff George Marountas, by and through counsel, moves to remand the case at bar to the Circuit Court for the County of Arlington, Virginia. This case was removed based on an assertion of diversity jurisdiction, but complete diversity does not exist because Defendant BAE Systems Shared Services, Inc. ("BAE") is a Virginia citizen, and Defendant Kara Hennigan ("Hennigan") was not fraudulently joined. Accordingly, this Court lacks subject-matter jurisdiction.

Plaintiff's met and conferred with Defendants' counsel via email on December 1, 2025, and Defendants do not consent to this Motion. A Memorandum of Points and Authorities in support of this Motion is attached.

Dated: December 15, 2025

Respectfully submitted,

/s/ Adam Augustine Carter
R. Scott Oswald, VSB# 41770
Adam Augustine Carter, VSB# 32722
Ben Considine, *pro hac vice* to be filed
The Employment Law Group, P.C.
1717 K St. NW, Ste. 1110

        Washington, D.C. 20006
        (202) 856-7802
        (202) 261-2835 (facsimile)
        soswald@employmentlawgroup.com
        acarter@employmentlawgroup.com
        bconsidine@employmentlawgroup.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, December 15, 2025, a true and correct copy of the foregoing was served the via electronic service through the ECF/CMF system, to counsel for Defendants at:

Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

        /s/ Adam Augustine Carter
        Adam Augustine Carter