**Sent:** October 13, 2025 5:09 PM
**To:** SOswald@employmentlawgroup.com
**Cc:** ACarter@employmentlawgroup.com; bconsidine@employmentlawgroup.com
**Subject:** Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

Hi Scott,

██████████████████████████████████████████████████████████████████ I am representing both BAE Systems Shared Services, Inc. and Kara Hennigan in the above-referenced matter filed by you and your colleagues on behalf of George Marountas in Arlington Circuit Court.

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████

Best,
Christine

**Christine M. Burke**

IslerDare PC
*Your workplace, our insight*

1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690 / (703) 748 2695 fax
cburke@islerdare.com
www.islerdare.com

_____

████████████

████
██████████████████████████