

**From:** Christine Burke <cburke@islerdare.com>
**Sent:** Thursday, October 30, 2025 5:20 PM
**To:** Ben Considine <bconsidine@employmentlawgroup.com>
**Cc:** R. Scott Oswald <SOswald@employmentlawgroup.com>; Chris Johnston <cjohnston@employmentlawgroup.com>; Adam Augustine Carter <ACarter@employmentlawgroup.com>
**Subject:** RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

**External Sender** - From: (Christine Burke <cburke@islerdare.com>)
This message came from outside your organization.

As a follow up to my last email, and since not all of you are counsel of record on the docket, attached please find the documents that I filed this afternoon through the Arlington Circuit Court's TrueFiling system.

Thank you,
Christine

**Christine M. Burke**

IslerDare pc
*Your workplace, our insight*
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690 / (703) 748 2695 fax
cburke@islerdare.com
www.islerdare.com

**From:** Christine Burke
**Sent:** Thursday, October 30, 2025 4:32 PM
**To:** 'Ben Considine' <bconsidine@employmentlawgroup.com>
**Cc:** R. Scott Oswald <SOswald@employmentlawgroup.com>; Chris Johnston <cjohnston@employmentlawgroup.com>; Adam Augustine Carter <ACarter@employmentlawgroup.com>
**Subject:** RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

Ben,

Thank you for your email.

Regarding the transfer motion, thank you for preparing it (although the document you sent me was only the proposed order, but I assume there was a base document that you prepared somewhere). However, Defendants have determined that it is not necessary to file it at this time. So please do not file anything jointly/on Defendants' behalf. We reserve the right to raise the issue again in the future.



Thank you,
Christine

**Christine M. Burke**

IslerDare pc
*Your workplace, our insight*
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690 / (703) 748 2695 fax
cburke@islerdare.com
www.islerdare.com

---

**From:** Ben Considine <bconsidine@employmentlawgroup.com>
**Sent:** Tuesday, October 28, 2025 3:38 PM
**To:** Christine Burke <cburke@islerdare.com>
**Cc:** R. Scott Oswald <SOswald@employmentlawgroup.com>; Chris Johnston <cjohnston@employmentlawgroup.com>; Adam Augustine Carter <ACarter@employmentlawgroup.com>
**Subject:** RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

Christine,

Thank you for your patience as we reviewed the points raised in our initial call and in your email. We have discussed internally and are willing to agree to a joint motion requesting to transfer to Fairfax Circuit Court, which I have attached to this email for your review. Please either add your signature or provide

consent for us to do so and we will get that filed and submitted at earliest opportunity, or if you do have proposed edits let me know and I will be glad to review for incorporation. ███████████████ ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████

Thank you,

Ben Considine

---

**From:** Christine Burke <cburke@islerdare.com>
**Sent:** Tuesday, October 28, 2025 10:55 AM
**To:** Ben Considine <bconsidine@employmentlawgroup.com>
**Cc:** R. Scott Oswald <SOswald@employmentlawgroup.com>; Chris Johnston <cjohnston@employmentlawgroup.com>; Adam Augustine Carter <ACarter@employmentlawgroup.com>
**Subject:** RE: Marountas v. BAE Systems Shared Services, Inc. & Kara Hennigan - Civil Action No. CL25-4348

Hi Ben,

I am just following up on our emails from last week.  I would appreciate a response as to your plans with respect to the claims against Ms. Hennigan as well as the venue issue. ██████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████

████████████████████████████████████████

Thanks,
Christine

**Christine M. Burke**
IslerDare PC
*Your workplace, our insight*
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182
(703) 748-2690 / (703) 748 2695 fax
cburke@islerdare.com
www.islerdare.com

---

██████████████████████████████████████
████████████
███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████