**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **GEORGE MAROUNTAS,** *Plaintiff,* v. **BAE SYSTEMS SHARED SERVICES, INC.** *et al.* *Defendants.* | ) ) ) ) ) ) Case No.: 1:25-cv-02048-RDA-WBP ) ) ) ) ) ) ) |

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND</u>**

**UPON REVIEW AND CONSIDERATION** of Plaintiff's Motion to Remand, it is on this _____ day of _____, 2025 hereby

**ORDERED** that the Motion is Granted, and it is further

**ORDERED** that this case shall be remanded to the Circuit Court for the County of Arlington, Virginia.

_____
The Honorable Ronnie D. Alston, Jr.
United States District Judge for the
Eastern District of Virginia