**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **GEORGE MAROUNTAS** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BAE SYSTEMS SHARED** | ) | |
| **SERVICES, INC.** | ) | **Case No. 1:25-cv-002048-RDA-WBP** |
| | ) | |
| *and* | ) | |
| | ) | |
| **KARA HENNIGAN** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

<u>**JOINT MOTION FOR EXTENSION OF TIME TO FILE PLEADINGS**
**RELATING TO MOTION TO REMAND**</u>

Defendants BAE Systems Shared Services, Inc. ("BAE") and Kara Hennigan ("Ms. Hennigan") (collectively, "Defendants") and Plaintiff George Marountas ("Plaintiff") (Defendants and Plaintiff collectively, the "Parties"), through their respective counsel, hereby jointly move the Court for entry of an Order extending the applicable deadlines related to the briefing of Plaintiff's Motion for Remand as follows:

1.      Defendant BAE removed this case from Arlington County Circuit Court to this Court on November 14, 2025, on the grounds of fraudulent joinder.  BAE argued that Ms. Hennigan, who is not diverse with Plaintiff, should not have been joined as a defendant, and that the Court should therefore dismiss Ms. Hennigan and retain jurisdiction over the dispute between Plaintiff and BAE, which are diverse parties.  On November 21, 2025, BAE filed a Partial Motion to Dismiss with regard to Plaintiff's claims against it, and Ms. Hennigan filed a Motion to Dismiss the claims against her entirely based on fraudulent joinder and incorporating BAE's argument for removal ("Motions to Dismiss").

2.      On December 5, 2025, Plaintiff filed a Consent Motion to Hold Defendants'
Motions to Dismiss in Abeyance pending resolution of the Plaintiff's then-forthcoming Motion to
Remand.  Plaintiff argued that the Court should resolve disputes related to subject matter
jurisdiction before  addressing the Motions to Dismiss.  The Court, through Judge Alston's
Chambers' communications with undersigned counsel, indicated its inclination to grant the
Consent Motion, which remains pending.

3.      On December 15, 2025, Plaintiff filed a Motion to Remand to State Court, arguing
that complete diversity did not exist between the parties and against Defendants' fraudulent joinder
argument.

4.      According to Local Civil Rule 7(F), Defendants' Opposition to the Motion to
Remand is currently due on or before December 29, 2025, and Plaintiff's Reply is due on or before
January 5, 2026.

5.      Given that these deadlines coincide with the upcoming holidays and previously
scheduled time off for both counsel and their clients, the Parties jointly respectfully request an
extension of briefing deadlines associated with Plaintiff's Motion to Remand.

6.      Specifically, the Parties request that Defendants' Opposition deadline be extended
to January 12, 2026, and that Plaintiff's Reply deadline be extended to January 26, 2026.  The
Parties intend to jointly notice a hearing on the Motion to Remand for January 28, 2026.

7.      The Parties have not previously filed motions to extend the time to file pleadings
in this matter.

8.      Granting this Motion will not delay the efficient and timely adjudication of this
action and will not prejudice any party.

9.      This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties, by counsel, respectfully move the Court to issue an Order establishing the following deadlines:

| | |
|---|---|
| Defendants' Opposition Brief to Motion to Remand due | January 12, 2026 |
| Plaintiffs' Reply Brief due | January 26, 2026 |
| Hearing on the Motion to Remand | January 28, 2026 |

A proposed Order is being filed simultaneously.

Dated: December 19, 2025

Respectfully submitted,                    Respectfully submitted,


/s/ Adam Augustine Carter*                 /s/ Christine M. Burke
Adam Augustine Carter, Va. Bar No. 32722   Christine M. Burke, Va. Bar No. 65741
R. Scott Oswald, Va. Bar No. 41770         Edward Lee Isler, Va. Bar No. 27985
Ben Considine, pro hac vice to be filed    Micah E. Ticatch, Va, Bar No. 83351
The Employment Law Group, P.C.             ISLER DARE, P.C.
1717 K Street NW, Suite 1110               1945 Old Gallows Road, Suite 650
Washington, DC  20006                      Vienna, Virginia 22182
Tel: 202-856-7802                          (703) 748-2690 (main)
Fax: 202-261-2835                          (703) 748 2695 (fax )
acarter@employmentlawgroup.com             cburke@islerdare.com
soswald@employmentlawgroup.com             eisler@islerdare.com
bconsidine@employmentlawgroup.com          mticatch@islerdare.com

Counsel for Plaintiff                      Counsel for Defendants BAE Systems
George Marountas                           Shared Services, Inc. and Kara Hennigan

*Signed electronically with
permission of counsel

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December 2025, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, and sent an email notification to the following:

Adam Augustine Carter
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, DC  20006
Tel: 202-856-7802
Fax: 202-261-2835
acarter@employmentlawgroup.com

*Counsel for Plaintiff*
*George Marountas*

_/s/ Christine M. Burke_
Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

*Counsel for Defendants BAE Systems*
*Shared Services, Inc. and Kara Hennigan*

4