IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GEORGE MAROUNTAS *Plaintiff,* v. BAE SYSTEMS SHARED SERVICES, INC. and KARA HENNIGAN *Defendants.* | Case No. 1:25-cv-002048-RDA-WBP |

## ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time ("Motion"), and for good cause shown, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that the Parties shall observe the following deadlines:

Defendants shall file their Opposition to Plaintiff's Motion to Remand on or before January 12, 2026; and

Plaintiff shall file his Reply in support of the Motion to Remand on or before January 26, 2026.

Entered this ___ day of December 2025.

_____
Hon. Rossie D. Alston
United States District Judge