IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GEORGE MAROUNTAS | ) |
| *Plaintiff,* | ) |
| v. | ) |
| BAE SYSTEMS SHARED SERVICES, INC. | ) Case No. 1:25-cv-002048-RDA-WBP |
| *and* | ) |
| KARA HENNIGAN | ) |
| *Defendants.* | ) |

**JOINT NOTICE OF HEARING**

Please take notice that on Wednesday, January 28, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard, the Parties, through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Plaintiff's Motion to Remand.

Dated: December 19, 2025

Respectfully submitted,

/s/ *Adam Augustine Carter*\*
Adam Augustine Carter, Va. Bar No. 32722
R. Scott Oswald, Va. Bar No. 41770
Ben Considine, *pro hac vice* to be filed
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, DC 20006
Tel: 202-856-7802
Fax: 202-261-2835
acarter@employmentlawgroup.com
soswald@employmentlawgroup.com
bconsidine@employmentlawgroup.com

Respectfully submitted,

/s/ *Christine M. Burke*
Christine M. Burke, Va. Bar No. 65741
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va, Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

1

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants BAE Systems* |
| *George Marountas* | *Shared Services, Inc. and Kara Hennigan* |

*\*Signed electronically with permission of counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent an email notification to the following:

> Adam Augustine Carter
> The Employment Law Group, P.C.
> 1717 K Street NW, Suite 1110
> Washington, DC  20006
> Tel: 202-856-7802
> Fax: 202-261-2835
> acarter@employmentlawgroup.com
>
> *Counsel for Plaintiff*
> *George Marountas*

>             /s/ Christine M. Burke
>  Christine M. Burke, Va. Bar No. 65741
> ISLERDARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, VA 22182
> Phone: (703) 748-2690
> Fax: (703) 748-2695
> cburke@islerdare.com
>
> *Counsel for Defendants BAE Systems*
> *Shared Services, Inc. and Kara Hennigan*