IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GEORGE MAROUNTAS *Plaintiff,* v. BAE SYSTEMS SHARED SERVICES, INC. and KARA HENNIGAN *Defendants.* | Case No. 1:25-cv-002048-RDA-WBP |

### ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time ("Motion"), and for good cause shown, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that the Parties shall observe the following deadlines:

Defendants shall file their Opposition to Plaintiff's Motion to Remand on or before January 12, 2026; and

Plaintiff shall file his Reply in support of the Motion to Remand on or before January 26, 2026.

Entered this 19th day of December 2025.

William B. Porter
United States Magistrate Judge