IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEORGE MAROUNTAS, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No.: 1:25-cv-02048-RDA-WBP |
| BAE SYSTEMS SHARED SERVICES, INC. *et al.* | ) ) ) |
| *Defendants*. | ) ) |

**ORDER ON PLAINTIFF'S CONSENT MOTION TO HOLD DEFENDANTS' MOTIONS TO DISMISS IN ABEYANCE PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION TO REMAND THE CASE TO STATE COURT**

Upon consideration of the Plaintiff's Consent Motion to Hold Defendants' Motions to Dismiss in Abeyance Pending the Court's Ruling on Plaintiff's Motion to Remand the Case to State Court on the above-captioned matter, it is by the Court this 15th day of December, 2025, hereby

**ORDERED** that the motion be, and is hereby **GRANTED**; and it is further

**ORDERED** that Defendants' Motions to Dismiss will be held in abeyance pending the Court's ruling on Plaintiff's forthcoming Motion To Remand the case, which Plaintiff shall submit to the Court on or before December 15, 2025.

It is SO ORDERED.

/s/ *[signature]*
Rossie D. Alston, Jr.
United States District Judge