**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 1:25-cv-02048-RDA-WBP |
| **BAE SYSTEMS SHARED SERVICES, INC.** *et al.* | ) |
| *Defendants*. | ) |

<u>**ENTRY OF APPEARANCE IN A CIVIL CASE**</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I hereby enter my appearance as counsel in this case for the Plaintiff George Marountas.

I certify that I am admitted to practice in this Court.


<u>January 8, 2026</u>                    <u>/s/ *R. Scott Oswald*</u>
Date                         R. Scott Oswald (VA Bar No. 41770)
                         The Employment Law Group, PC
                         1717 K Street NW, Suite 1110
                         Washington, D.C. 20006
                         (202) 261-2806
                         (202) 261-2835 (facsimile)
                         soswald@employmentlawgroup.com
                         *Attorney for Plaintiff*