# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02048-RDA-WBP |
| | ) |
| **BAE SYSTEMS SHARED** | ) |
| **SERVICES, INC.,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DECLARATION OF KENNETH WILCOX

I, Kenneth Wilcox, do hereby declare and say as follows:

1. I am at least 18 years of age, and I submit this declaration in support of the Defendants' Opposition to Plaintiff's Motion to Remand to State Court. I have personal knowledge of the facts set forth herein and would be able to competently testify to them if called upon to do so.

2. I am employed by Defendant BAE Systems Shared Services, Inc. ("Shared Services") as the Chief Digital Architect and the Acting Chief Information Officer. In this role, I am responsible for the information technology ("IT") function for Shared Services, overseeing all IT services that are provided to Shared Services employees and to the enterprise as a whole.

3. Shared Services is a wholly-owned subsidiary of BAE Systems, Inc. ("Inc."). Inc. is a subsidiary of a U.S. holding company, which is in turn a subsidiary of a UK company. The ultimate parent company of the BAE family is BAE Systems plc, a UK company. The principal place of business of Inc. is Falls Church, Virginia.

4. Besides Shared Services, there are several other wholly-owned subsidiaries of Inc. The operations of BAE within the United States are largely carried out by the subsidiaries that make up what we at BAE refer to as "sectors." There are four sectors: Electronic Systems, Platforms & Services, Intelligence & Security, and Space and Mission Systems. Each of these sectors consists of a collection of separate corporate entities, and each is wholly owned by Inc. The subsidiaries of Inc., including Shared Services and the sectors, individually and together employ thousands of individuals. Comparatively, there are only a few hundred employees of Inc.

5. Shared Services is incorporated in Delaware. Since its formation, Shared Services has held itself out as being headquartered in North Carolina, with its principal place of business located at 11215 Rushmore Drive, Charlotte, NC 28277. This address is the location of Shared Services' "Resource Center," a 37,800-square foot facility. Shared Services currently has approximately 1,375 employees; 91 of these employees work at the Resource Center. The Resource Center is the only physical location devoted exclusively to the business of Shared Services and that houses only Shared Services employees, and it is the place where the largest single group of Shared Services employees work. Since the COVID-19 pandemic and the widespread adoption of remote work arrangements, there are some employees like me whose work location is the Resource Center, but who perform work from our homes in other locations. I work remotely from my home in Connecticut. There are approximately 40 such employees.

6. There are approximately 975 additional Shared Services employees who work remotely from their homes around the country.

7. Finally, there are a few hundred Shared Services employees who work in various offices around the country that include other BAE company businesses (such as Inc. or sector operations). The plaintiff in this case, George Marountas, was a Shared Services employee who

2

worked at the Inc. office in Falls Church, Virginia. Defendant Kara Hennigan is also a Shared Services employee assigned to that office.

8. The business of Shared Services is to provide administrative support in the areas of IT, administrative Human Resources (including information collection and record-keeping), and Finance (primarily payroll) to all of BAE's U.S. businesses, so that Inc. and each of the sectors do not need to have their own respective administrative personnel and structures in place to perform these functions. Shared Services is paid by Inc. and each of the sectors for the services it provides them.

9. Shared Services does not have its own president or other singular leader. However, the leaders of most of the functions that Shared Services provides are Shared Services employees assigned to the Resource Center in North Carolina. With respect to IT, in addition to myself, the Vice President of IT and Infrastructure and the Vice President of Information Security are both Shared Services employees assigned to North Carolina. (One works from his home in Minnesota; the other from his home in Virginia.) Inc. is actively searching for a full-time CIO, and the new individual in this role will be an Inc. employee assigned to Falls Church, Virginia, just as several other senior executive employees for the parent company are assigned there. But the aforementioned IT Vice Presidents will remain assigned to North Carolina, as will I. The majority of the employees that provide IT support to the entire BAE family of companies are Shared Services employees.

10. Because Shared Services also provides administrative human resources support to all of the BAE companies, we have a Director of Human Resources (a Shared Services employee) who oversees these functions. Her role is assigned to the Resource Center in Charlotte, but she

3

primarily works from her home in Florida. The employees who provide administrative HR support to the BAE family of companies as a whole are all Shared Services employees.

11. In addition, the Director of Payroll for the entire family of BAE companies is a Shared Services employee whose job is assigned to the Resource Center in Charlotte, although she works from her home in Georgia. The employees who perform the payroll function for all of the BAE companies are all Shared Services employees.

12. The two Vice Presidents of IT identified in Paragraph 9 above, the Director of Payroll, the Director of Human Resources identified in Paragraph 10 above, and I are the employees who direct the work performed by Shared Services, and all of our jobs are assigned to the Resource Center in Charlotte. Although all of us physically work from our homes most of the time, our homes are not all located in a single state, and only one of us lives in Virginia.

13. The various job titles that Plaintiff mentions in his Memorandum in Support of his Motion to Remand are not Shared Services roles. The Chief Executive Officer, Chief Human Resources Officer, Senior Vice President of Finance, and Chief Supply Chain Officer are all Inc. employees. None of them are Shared Services employees. These executives have overall responsibility for their respective areas as to the entirety of BAE company operations in the United States, but they do not specifically direct the operations of Shared Services. The President of Platforms & Services is an employee of BAE Systems Land & Armaments LP (one of the corporate entities that makes up that sector); and the President of Intelligence & Security is an employee of BAE Systems Technology Solutions & Services, Inc (one of the corporate entities that makes up that sector). These leaders direct those corporate entities but have no involvement in the work of Shared Services.

I certify to the best of my recollection under the penalty of perjury that the foregoing is true and accurate.

Date: _____  By: _____
Kenneth Wilcox

*Digitally signed by Kenneth Wilcox
Date: 2026.01.09 16:39:53 -05'00'*