**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 1:25-cv-02048-RDA-WBP** |
| | ) |
| **BAE SYSTEMS SHARED** | ) |
| **SERVICES, INC.,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

With respect to this Court's consideration of Plaintiff's Motion to Remand (ECF 17), Defendants BAE Systems Shared Services, Inc. and Kara Hennigan, by counsel, respectfully submit for the Court's review the recent decision of the Virginia Court of Appeals in *Khan v. McAlister,* No. 0501-25-4, __ S.E.2d __, 2026 WL 1217119 (Va. Ct. App. May 5, 2026)*.* As a matter of first impression in the Virginia appellate courts, the Court of Appeals addressed the issue of liability for individual supervisors under the Virginia Human Rights Act (VHRA) and held that individuals could <u>not</u> be held liable.

While Virginia federal courts have overwhelmingly held that there is no individual liability under the VHRA, *Khan* is the first Virginia appellate decision addressing the issue, and it has direct implications for Plaintiff's pending Motion to Remand.  *See Albert L. Roper, II Revocable Trust v. City of Norfolk*, 2022 WL 3213535, at *3 (E.D. Va. 2022) (federal courts must give great weight to state court interpretations of state law when deciding an issue under state law) (citation omitted).  Defendants argued in opposition to Plaintiff's Motion that Ms. Hennigan has been fraudulently joined because there is no reasonable possibility that Plaintiff's claims against her

will succeed.  The *Khan* decision makes clear that Plaintiff's VHRA claims for discrimination and retaliation against Ms. Hennigan necessarily fail.

The *Khan* Court analyzed the section of the VHRA found at Va. Code § 2.2-3905.1, which addresses disability discrimination.  *See Khan*, 2026 WL 1217119, at *1.  The language of that provision and the provision at issue in the instant matter – Va. Code § 2.2-3905 – are essentially identical.  Section 2.2-3905.1 defines an employer as "any person, or agent of such person, employing more than five employees . . . ."  Va. Code § 2.2-3905.1(A).  Similarly, the provision at issue here in Section 2.2-3905(A) defines employer, for purposes of most claims, as "a person employing . . . 15 or more employees . . . and any agent of such person," or in the case of unlawful discharge, "any person employing more than five persons. . . ."  Va. Code § 2.2-3905(A).

The Court of Appeals in *Khan* held that an individual supervisor was not a person employing more than five employees under a plain reading of the statute.  2026 WL 1217119, at *6.  Thus, the only way an individual could be liable would be if the phrase "agent of such person" authorized suits against individual employees.  *Id.*  The Court of Appeals held that it did <u>not</u>.  The Court interpreted that language to signify that an employer "cannot evade suit by acting through its agents."  *Id.*  In addition, the Court rejected the argument (also made by Plaintiff in the Motion to Remand) that Virginia common law allowing for individuals to be liable for certain tortious conduct was relevant to the purely statutory rights created by the VHRA.  *Id.*

In sum, *Khan* makes clear that Plaintiff's VHRA claim against Ms. Hennigan cannot stand.  For this reason and the additional reasons discussed in Defendants' Opposition to the Motion to Remand, Ms. Hennigan was fraudulently joined in this matter, her citizenship should therefore be disregarded, and this case is properly removable to this Court.

Dated: May 6, 2026                          Respectfully submitted,

/s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
cburke@islerdare.com
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant BAE Systems Shared Services, Inc.
and Kara Hennigan*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2026, I caused a true and accurate copy of the foregoing to be filed with Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Adam Augustine Carter
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, DC  20006
Tel: 202-856-7802
Fax: 202-261-2835
acarter@employmentlawgroup.com


      /s/ Christine M. Burke
Christine M. Burke, Va. Bar No. 65741
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

4