**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS,**<br><br>***Plaintiff*,**<br>**v.**<br><br>**BAE SYSTEMS SHARED SERVICES, INC. *et al.*,**<br><br>***Defendants*.** | **Case No.: 1:25-cv-02048-RDA-WBP** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On May 6, 2026, Defendants filed a Notice of Supplemental Authority ("Notice" at ECF No. 25) concerning Plaintiff's pending Motion to Remand (ECF No. 17). Notably, Defendants filed the Notice without first seeking leave of Court as required by Local Civil Rule 7(F)(1).[1] To the extent the Court considers Defendants' Notice and the arguments raised therein, Plaintiff respectfully moves for leave to file a response. A copy of Plaintiff's proposed response is attached hereto as Exhibit A.

As an initial matter, Courts within the Fourth Circuit have recognized that parties should seek leave before submitting supplemental authority after briefing has concluded. *See McGee v. Cole*, 993 F.Supp.2d 639, 643–44 (S.D.W. Va. 2014) (finding that the plaintiffs "should have sought leave" before filing a notice of supplemental authority and striking the legal argument accompanying the supplemental authorities). Moreover, the Fourth Circuit has cautioned that

---

[1] Consistent with Local Civil Rule 7(F)(1), the appropriate procedure is for a party seeking to submit supplemental authority after briefing has concluded to first seek leave of Court. *See*, *e.g.*, *United States v. Koski*, No. 3:26-cv-00042-RCY, ECF No. 69 (E.D. Va. June 23, 2026) (motion for leave to file notice of supplemental authority); *id.*, ECF No. 71 (motion for leave to file second notice of supplemental authority).

litigants may not use notices of supplemental authority "as a means to advance new arguments couched as supplemental authorities." *United States v. Washington*, 743 F.3d 938, 941 n.1 (4th Cir. 2014) (quoting *United States v. Ashford*, 718 F.3d 377, 381 (4th Cir. 2013)). Here, Defendants' Notice not only identifies *Khan* as supplemental authority, but also advances substantive argument regarding its application to Plaintiff's pending Motion to Remand. *See* ECF No. 25 at 2. Accordingly, Plaintiff should be permitted to address the additional arguments Defendants have placed before the Court.

Furthermore, courts in this District have afforded opposing parties an opportunity to respond to supplemental material submitted after briefing has concluded. In *Kettler International, Inc. v. Starbucks Corp.*, No. 2:14-cv-00189-HCM-LRL (E.D. Va. Jan. 6, 2015), the court granted the plaintiff leave to submit supplemental material concerning a pending motion and, in the same order, expressly permitted the defendant to file a written response. *See id.* at ECF No. 57. The court explained that Local Civil Rule 7(F)(1) requires leave of court for "additional briefs or written communications" submitted after briefing and afforded the defendant five days to respond to the supplemental submission. *Id.* Likewise, in *Scroggins v. LexisNexis Risk Solutions FL Inc.*, No. 3:22-cv-00545-MHL-SLS (E.D. Va.), after the defendant sought leave to submit supplemental authority, the plaintiff separately moved for leave to file a response. *See id.* at ECF No. 293. The court granted the plaintiff's motion for leave to respond. *See id.* at ECF No. 302. Consistent with *Kettler* and *Scroggins*, Plaintiff should be afforded an opportunity to respond to Defendants' Notice, particularly where Defendants' Notice was submitted after briefing on Plaintiff's Motion to Remand and presents additional argument for the Court's consideration.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Leave to File Response to Defendants' Notice of Supplemental Authority and permit Plaintiff to file the proposed Response attached hereto as Exhibit A.

Respectfully submitted,

/s/ Adam Augustine Carter
R. Scott Oswald, VSB# 41770
Adam Augustine Carter, VSB# 32722
J. Benjamin Considine, *pro hac vice* to be filed
The Employment Law Group, PC
1717 K Street NW, Suite 1110
Washington, DC 20006
(202) 856-7802
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
bconsidine@employmentlawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, counsel for Plaintiff served the foregoing via electronic service through the ECF/CMF system, to counsel for Defendants at:

Christine M. Burke, Va. Bar No. 65741
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

/s/ Adam Augustine Carter
Adam Augustine Carter