**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS,**<br><br>*Plaintiff*,<br><br>*v.*<br><br>**BAE SYSTEMS SHARED SERVICES, INC.** ***et al.***<br><br>***Defendants*.** | **Case No.: 1:25-cv-02048-RDA-WBP** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

**UPON REVIEW AND CONSIDERATION** of Plaintiff's Motion for Leave to File Response to Defendants' Notice of Supplemental Authority, it is on this ___________ day of __________, 2025 hereby

**ORDERED** that the Motion is Granted; and it is further

**ORDERED** that Plaintiff is permitted to file the Response to Defendants' Notice of Supplemental Authority attached to the Motion as Exhibit A, which the Court deems filed as of the date of this Order.

___________________________
The Honorable Ronnie D. Alston, Jr.
United States District Judge for the
Eastern District of Virginia