**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **GEORGE MAROUNTAS,**<br><br>***Plaintiff*,**<br>**v.**<br><br>**BAE SYSTEMS SHARED SERVICES, INC. *et al.*,**<br><br>***Defendants*.** | **Case No.: 1:25-cv-02048-RDA-WBP** |

**NOTICE OF WAIVER OF HEARING**

Pursuant to this Court's Procedure for Civil Motions, Plaintiff George Marountas, by counsel, hereby waives a hearing on its Motion for Leave to File Response to Defendant's Notice of Supplemental Authority (ECF No. 26), and respectfully submits the Motion upon the papers.

Respectfully submitted,

/s/ Adam Augustine Carter
R. Scott Oswald, VSB# 41770
Adam Augustine Carter, VSB# 32722
J. Benjamin Considine, *pro hac vice* to be filed
The Employment Law Group, PC
1717 K Street NW, Suite 1110
Washington, DC 20006
(202) 856-7802
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
bconsidine@employmentlawgroup.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, counsel for Plaintiff served the foregoing via electronic service through the ECF/CMF system, to counsel for Defendants at:

Christine M. Burke, Va. Bar No. 65741
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
cburke@islerdare.com

/s/ Adam Augustine Carter
Adam Augustine Carter